IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL VAN VLIET                                         PLAINTIFF

               v.                Civil No. 07-5061

NURSE ANDREA GARRETT;
and DR. HUSKINS                                          DEFENDANTS

## **ORDER**

On August 1, 2007, defendants filed a motion to compel answers to discovery requests (Doc. 13). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on June 5, 2007. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (Doc. 13) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on August 28, 2007.**

IT IS SO ORDERED this 7th day of August 2007.

                                                     /s/ *J. Marschewski*
                                                     HON. JAMES R. MARSCHEWSKI
                                                     UNITED STATES MAGISTRATE JUDGE