IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL VAN VLIET                                                    PLAINTIFF

      v.                              Civil No. 07-5061

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                      DEFENDANTS

### ORDER

On April 17, 2008, the plaintiff filed a motion for leave to appeal *in forma pauperis* (IFP) (Doc. 22). He filed his notice of appeal on April 17, 2008.

The motion for leave to appeal IFP (Doc. 22) is granted.

IT IS SO ORDERED this 1st day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)